**RECEIVED**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION**

FEB 0 4 2016

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO
(Enter Above the Name of the Plaintiff in this Action)

**1:16CV296**

VS.

_____
(Enter above the name of the Defendant in this Action)

**J. BARRETT**

**M.J. BOWMAN**

If there are additional Defendants, please list them:

_____

_____

_____

_____

**COMPLAINT**

I.   Parties to the action:

    Plaintiff:    Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

_____
Name - Full Name Please - PRINT

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _____

    Name - Full Name Please

    _____

    Address: Street, City, State and Zip Code

2. _____

    _____

3. _____

    _____

4. _____

    _____

5. _____

    _____

6. _____

    _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include the name of all persons involved, give dates and places.

Number each claim separately.  Use as much space as you need.  You are not limited to the papers we give you.  Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>                                  <u>Caption</u>

_____    _____ vs. _____

_____    _____ vs. _____

_____    _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

*On Dec 28 16 ... nurse Tino refuse my medication refuse my request his one ... Plaintiff ... Plaintiff is HIV and mentally ... to ... advise nurse ... has been refuse care because of his HIV status, shower he's not being denied shower because of his medical condition*

I state under penalty of perjury that the foregoing is true and correct. Executed on this _____ day of _____, 20____.

_____
Signature of Plaintiff

-4-