UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rodney Cottman,

    Plaintiff,

        v.                              Case No. 1:16cv296

Crystal King,                             Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 28, 2016 (Doc. 3).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 3) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE** for failure to comply with Rule 11, for failure to pay filing fee or proceed *in forma pauperis*, and for failure to comply with the Magistrate Judge's Order (Doc. 2) filed on February 17, 2016. Further, dismissal of this action is likewise ordered for failure to prosecute, for lack of federal jurisdiction, and for failure to state a claim.

    **IT IS SO ORDERED.**

                                                   *s/Michael R. Barrett*
                                                   Michael R. Barrett
                                                   United States District Judge